No. 80–79. EDWARDS ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 80–81. ORTEGA v. PEREZ. Sup. Ct. P. R. Certiorari denied.

No. 80–85. TAYLOR, SECRETARY OF HEALTH AND REHABILITATIVE SERVICES OF FLORIDA v. GOLDEN ISLES CONVALESCENT CENTER, INC., DBA HALLANDALE REHABILITATION CENTER, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–86. DUCK ET AL. v. HARLESS ET AL. C. A. 6th Cir. Certiorari denied.

No. 80–87. 3,218.9 ACRES IN WARREN COUNTY, PENNSYLVANIA, ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–88. SANCHEZ v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 80–89. LEAK REPAIRS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied.

No. 80–91. DICK v. HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–92. ARTARIAN v. ARTAR. Ct. Sp. App. Md. Certiorari denied.

No. 80–93. MACFARLANE v. BERTLING ET UX. Ct. App. Ore. Certiorari denied.

No. 80–96. SAVOY FAUCET CO., INC., DBA SAVOY BRASS MANUFACTURING CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.